# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1743

_____

Jack Jordan

*Plaintiff - Appellant*

v.

U.S. Department of Labor

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - St. Joseph

_____

Submitted: February 12, 2020
Filed: February 21, 2020
[Unpublished]

_____

Before BENTON, SHEPHERD, and KELLY, Circuit Judges.

_____

PER CURIAM.

Jack Jordan appeals following the district court's[1] adverse grant of summary
judgment in his pro se Freedom of Information Act (FOIA) action.  After a careful

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western
District of Missouri.

review, we conclude that the district court did not err in dismissing some claims as duplicative of another pending litigation, see United States Fire Ins. Co. v. Goodyear Tire & Rubber Co., 920 F.2d 487, 489 n.6 (8th Cir. 1990) (district court's decision to dismiss an action in deference to a pending action in another court is reviewed for abuse of discretion); and in granting summary judgment as to the remaining claims, see Madel v. United States Dep't of Justice, 784 F.3d 448, 451 (8th Cir. 2015) (grant of summary judgment is reviewed de novo; summary judgment is appropriate where an agency proves that it has fully discharged its obligations under FOIA). Accordingly, we affirm.  See 8th Cir. R. 47B.

_____